PATRICK QUINN, PLAINTIFF, *v.* WALTER CARR AND OTHERS, DEFENDANTS.

*Contracts of agent — when principal not bound by.*

The defendants, who were commission merchants in the city of New York, employed one Carr as their agent at Norwich, New York, to solicit, obtain, and ship to them produce to be sold on commission. The plaintiff delivered to Carr a quantity of butter to be shipped to defendants and sold on commission, upon the guarantee of said Carr that it would bring thirty to thirty-three cents per pound, less commission. The defendant had no knowledge of the guarantee, and had never given Carr any specific authority to bind them by such a guarantee. No evidence was given of any similar act of Carr. The butter having been sold for less than the price guaranteed, this action was brought to recover the difference. *Held,* that Carr had no authority, either real or apparent, to make the contract, and that defendants were not liable thereon.

MOTION for a new trial upon exceptions ordered to be heard in the first instance at the General Term, after a verdict for the plaintiff at the Circuit.

*E. H. Prindle*, for the plaintiff.

*E. B. Thomas*, for the defendants.

Opinion by BOARDMAN, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Motion for new trial granted, costs to abide the event.